384 A.2d 979

Antoine v. Antoine, Appellant.

Argued November 22, 1977. Clencie L. Cotton, with her Cotton & Jones, for appellant; William C. Stillwagon, for appellee.

Decree affirmed.

384 A.2d 979

Arch Engineering Company, Inc. v. Schneider, Inc., Appellant.

Argued November 21, 1977. Ronald D. Morelli, with him Meyer, Unkovic & Scott, for appellant; Michael Yukevich, Jr., with him Thorp, Reed & Armstrong, for appellee.

Judgment affirmed.